455 A.2d 207

Moser etc., Appellant v. Borough of Conshohocken.

Argued November 6, 1981. Joseph L. Romano, for appellant; Hugh M. Emory, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment affirmed.

455 A.2d 207

Old-Towne Ind. Inc., Appellant v. Ashland Chemical etc.

Argued September 8, 1982. David Lake Shenkle, for appellant; Frederick E. Smith, for appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Order affirmed.